Circuit denied. *Messrs. S. Leo Rushlander* and *Edgar J. Goodrich* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, L. W. Post,* and *Charles A. Horsky* for respondent.

No. 903. SHEPARD *v.* COMMISSIONER OF INTERNAL REVENUE. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Leland K. Neeves* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 908. HUDSON *v.* MOONIER; and
No. 909. FITCH, EXECUTRIX, *v.* SAME. May 29, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James C. Jones, Lon O. Hocker,* and *James C. Jones, Jr.* for petitioners. *Messrs. Roberts P. Elam* and *Mark D. Eagleton* for respondent. Reported below: 102 F. 2d 96.

No. 910. DITTO, INC. *v.* STANDARD MAILING MACHINES Co. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Joseph H. Milans* and *Max W. Zabel* for petitioner. *Mr. George P. Dike* for respondent.

No. 911. DEMPSEY *v.* PINK, SUPERINTENDENT OF INSURANCE. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Bruce Fuller* and *S. Wallace Dempsey* for petitioner. *Mr. Alfred C. Bennett* for respondent.